# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Paul S. Westover

Case No.

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Paul S. Westover__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) & § 2-Obstruct, impede, or interfere with law enforcement officer (Aiding and Abetting)
18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2) Disruptive Conduct in the Capitol Buildings

Date:   01/27/2021

2021.01.27 19:58:08 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/28/2021, and the person was arrested on *(date)* 02/04/2021
at *(city and state)* St. Louis MO.

Date: 02/04/2021

*Arresting officer's signature*

SA Douglas J. Hartman
*Printed name and title*