UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>     Plaintiff,                             )<br>                                                     )<br>v.                                                )<br>                                                     )<br>PAUL WESTOVER,                  )<br>                                                     )<br>     Defendant.                         )  | Cause No. 4:21-mj-00174-ZMR |

**ENTRY OF APPEARANCE**

COMES NOW John T Davis of KesslerWilliams, LLC, and hereby enters his appearance for defendant Paul Westover in the above-styled cause.

Dated: April 27, 2021                        Respectfully submitted,

                                                         /s/ John T Davis
                                                         John T Davis, #40915MO
                                                         1401 South Brentwood Boulevard, Suite 950
                                                         St. Louis, Missouri 63144
                                                         Phone: (314) 863-6363
                                                         Fax: (314) 727-2869
                                                         E-Mail: John.Davis@KesslerWilliams.com

                                                         *Attorney for Defendant Paul Westover*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 4th day of May 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

                  /s/ John T Davis
                  John T Davis