UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| | **MAGISTRATE NO. 21-mj-174** |
| v. | **VIOLATION:** |
| **PAUL WESTOVER,** | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | (Parading, Demonstrating, or Picketing in a Capitol Building) |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **PAUL WESTOVER**, did willfully and knowingly parade, demonstrate, or picket in any of the Capitol Buildings.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of 40 U.S.C. § 5104(e)(2)(G))

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

*Jessica Arco /s/*
Jessica Arco
Trial Attorney – Detailee
D.C. Bar Number 1035204
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 514-3204
Jessica.arco@usdoj.gov