# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-CR-00697-JEB |
| ) | |
| PAUL S. WESTOVER, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW defendant Paul S. Westover, by and through undersigned counsel, and hereby respectfully requests this Honorable Court continue the sentencing hearing, currently scheduled for Thursday, February 17, 2022, at 11:30 a.m.  In support thereof, defendant states as follows:

1. On December 6, 2022, Defendant Paul Westover entered a guilty plea in the above-styled cause.  Sentencing is scheduled for Thursday, February 17, 2022, at 11:30 a.m.

2. On Monday, February 14, 2022, undersigned counsel was advised by AUSA Jessica Arco that she recently obtained additional discovery in this matter that neither the United States Attorney's Office nor the defense knew existed.

3. Additional time is necessary to review the materials and prepare sentencing memoranda.

4. Undersigned counsel has discussed this motion with AUSA Arco, who has no objection.

WHEREFORE, defendant Paul S. Westover, by and through counsel, respectfully requests this Court grant a continuance of the February 17, 2022, sentencing hearing and set this matter for sentencing on March 21, 2022 at 10:00a.m.

Dated: February 14, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John T Davis
　　　　　　　　　　　　　　　　　　　　John T Davis, #40915MO
　　　　　　　　　　　　　　　　　　　　1401 South Brentwood Boulevard, Suite 950
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63144
　　　　　　　　　　　　　　　　　　　　Phone: (314) 863-6363
　　　　　　　　　　　　　　　　　　　　Fax: (314) 727-2869
　　　　　　　　　　　　　　　　　　　　E-Mail: John.Davis@KesslerWilliams.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Paul S. Westover*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ John T Davis
John T Davis