# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:21-CR-00697-JEB |
| PAUL S. WESTOVER, ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW defendant Paul S. Westover, by and through undersigned counsel, and hereby respectfully requests this Honorable Court continue the sentencing hearing, currently scheduled for Monday, March 21, 2022, at 10:00 a.m. In support thereof, defendant states as follows:

1. On December 6, 2022, defendant Paul Westover entered a guilty plea in the above-styled cause. Sentencing is currently scheduled for Monday, March 21, 2022, at 10:00 a.m.

2. On Wednesday, March 16, 2022, Assistant United States Attorney (AUSA) Jessica Arco filed the government's Sentencing Memorandum recommending 90 days incarceration. The Sentencing Memorandum includes numerous exhibits and attachments.

3. An additional 14-day extension is necessary to thoroughly review the Sentencing Memorandum, exhibits, and attachments with Mr. Westover and prepare a response.

4. Undersigned counsel has discussed this Motion with AUSA Arco, who has no objection.

5. It is anticipated counsel for defendants William Merry and Emily Hernandez will

join in this request and request a 14-day continuance.

WHEREFORE, defendant Paul S. Westover, by and through counsel, respectfully requests this Court grant a 14-day continuance of the March 21, 2022, sentencing hearing and set this matter for sentencing on April 11, 2022, at a time convenient with the parties to be set by the court.

Dated: March 17, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ John T Davis
　　　　　　　　　　　　　　　　　　　　John T Davis, #40915MO
　　　　　　　　　　　　　　　　　　　　1401 South Brentwood Boulevard, Suite 950
　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri 63144
　　　　　　　　　　　　　　　　　　　　Phone: (314) 863-6363
　　　　　　　　　　　　　　　　　　　　Fax: (314) 727-2869
　　　　　　　　　　　　　　　　　　　　E-Mail: John.Davis@KesslerWilliams.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Paul S. Westover*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 17th day of March 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Assistant United States Attorney.

                  /s/ John T Davis
                  John T Davis

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-CR-00697-JEB |
| ) | |
| PAUL S. WESTOVER, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon good cause shown in Defendant Westover's Unopposed Motion to Continue Sentencing Hearing, the consent of the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this _____ day of March, 2022, that the sentencing set for March 21, 2022, at 10:00 a.m. is hereby VACATED, and it is further

ORDERED, that the sentencing is hereby scheduled for April 11, 2022, at _____ a.m./p.m.

_____
Hon. James E. Boasberg, Judge
United States District Judge
United States District Court for the District of Columbia