UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-697 (JEB) |
| : | |
| PAUL WESTOVER, : | |
| : | |
| Defendant. : | |

### NOTICE OF FILING REGARDING SENTENCING EXHIBITS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the government has provided the below exhibits, which were cited in the government's Sentencing Memorandum, to the Court in advance of the sentencing hearing in the above-captioned matter. These exhibits have been provided to the defense as well.

- Exhibit 1 ("IMG_5270") – a video recorded by the defendant, Paul Westover, depicting the advance of Westover, Emily Hernandez, and William Merry (the "trio") past a dismantled police barricade near the Peace Circle on Capitol grounds;

- Exhibit 2 ("FB video at barricades") – a video recorded by Westover and posted to his Facebook account depicting rioters forcibly removing a bike rack barricade just below the northwest scaffolding set up for the presidential inauguration at the Capitol;

- Exhibit 3 ("IMG_5273") – a video recorded by Westover showing law enforcement's efforts to disperse the crowd gathered at the Capitol, including through the use of munitions;

- Exhibit 4 ("IMG_5282") – a video recorded by Westover from the foot of the northwest scaffolding in which he states he was "tear gassed";

1

- Exhibit 5 ("IMG_5283") – a video recorded by Westover in which the trio climbs the stairwell beneath the northwest scaffolding;

- Exhibit 6 ("IMG_5284") – a video recorded by Westover in which the trio ascends the steps to the Upper West Plaza of the Capitol;

- Exhibit 7 ("IMG_5287") – a video recorded by Westover depicting the trio's initial breach of the Capitol through the Senate Wing Door;

- Exhibit 8 ("IMG_0848 (Crypt)") – a video recorded by Merry in which the trio travel through the Crypt of the Capitol;

- Exhibit 9 ("IMG_0849") – a video recorded by Merry depicting the moment rioters smashed Speaker Pelosi's office sign as well as the trio's time in the Rotunda of the Capitol;

- Exhibit 10 ("9d7de52208ae7577d9e67f47ea88ab40")[1] – a video recorded by an individual present in the Capitol depicting Hernandez picking up a shard of the Speaker's broken sign, with Westover looking on;

- Exhibit 11 ("ITV News Inside US Capitol") – clip from ITV News broadcast depicting Hernandez and Merry holding up the shard of Speaker Pelosi's sign, with Westover in the background;

- Exhibit 12 ("Parler video (Jrvuhv6m0dkt)") – open source footage taken from the Parler account of an individual present in the Capitol, which depicts the trio walking through the Rotunda;

---

[1] The government initially provided to the Court a lengthier version of the video clips comprising Exhibits 10 and 11 but has since provided corrected, shortened clips that are relevant to these proceedings.

2

- Exhibit 13 ("Hernandez interview (audio)") – a video recovered from Hernandez's cell phone depicting a woman asking Hernandez to display the stolen shard of the Speaker's sign on Capitol grounds; and

- Exhibit 14 ("IMG_5312") – a video recorded by Westover of Hernandez holding up the stolen shard on Capitol grounds.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY


By:  /s/ Jessica Arco
     Jessica Arco
     D.C. Bar No. 1035204
     Trial Attorney – Detailee
     U.S. Attorney's Office
     555 4th Street NW
     Washington, DC 20530
     Jessica.arco@usdoj.gov