

April 8, 2022
*Via Electronic Filing*

The Honorable James E. Boasberg
United States District Judge for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

      **Re:**   *United States of America v. Paul Westover*
            **Cause Number 1:21-cr-697 (JEB)**

Dear Judge Boasberg:

I represent Mr. Paul Westover in the above-referenced matter. Enclosed please find a letter written in support of Mr. Westover, who is set for sentencing before this Honorable Court on April 11, 2022, at 9:00 a.m.

Thank you for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact me at telephone number (314) 455-5555.

                                                  Sincerely,

                                                  /s/ John T Davis

                                                  John T Davis

Encs.

cc:     Jessica Arco, Trial Attorney – Detailee
         United States Attorney's Office
         555 4th Street NW
         Washington DC 20530
         *Via Electronic Filing*